1  DARREN T. BRENNER
   Nevada Bar No. 8386
2  DBrenner@LRLaw.com
   LINDSAY DEMAREE
3  Nevada Bar No. 11949
   LDemaree@LRLaw.com
4  LEWIS AND ROCA LLP
   3993 Howard Hughes Parkway
5  Suite 600
   Las Vegas, Nevada  89169
6  (702) 949-8200
   (702) 949-8398 (fax)
7  *Attorneys for Defendant*
   *Property and Casualty Insurance Company of Hartford*
8

UNITED STATES DISTRICT COURT
9                                      DISTRICT OF NEVADA

10  LAWRENCE ELDRED, an individual,
                                                          Case No.  2:10-cv-02033-KJD-PAL
11                        Plaintiff,
    vs.
12
    PROPERTY & CASUALTY INSURANCE          **STIPULATION FOR DISMISSAL**
13  COMPANY OF HARTFORD, a Foreign              **WITH PREJUDICE**
    Insurance Carrier licensed to do business in
14  Nevada; DOES I-X, Inclusive; and ROE
    Corporations I-X, Inclusive
15
                          Defendants.
16

17

18          IT IS HEREBY STIPULATED AND AGREED TO, by and between Plaintiff and

19  Defendant, through their respective counsel of record, that the above-captioned action be

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169
28  / / /

-1-

544542.1

1  dismissed, with prejudice, each party to bear his/its own fees and costs.

2  Dated:   July 2/, 2011                                Dated:   July 2/, 2011

3  AGWARA & ASSOCIATES                                    LEWIS AND ROCA LLP

4  BY:                                                    BY: _Lindsey Demaree_

5      LIBORIUS AGWARA                                        DARREN T. BRENNER
       Nevada Bar No.  7576                                   Nevada Bar No. 8386
6      1058 E. Sahara Ave. Ste. B                            LINDSAY DEMAREE
       Las Vegas, Nevada  89104                              Nevada Bar No. 11949
7      *Attorney for Plaintiff*                              3993 Howard Hughes Parkway, ste. 600
                                                             Las Vegas, Nevada  89169
8                                                            *Attorneys for Defendant Property &*
                                                             *Casualty Insurance Company of*
9                                                            *Hartford*

10

11                                                     **IT IS SO ORDERED.**

12

13

14                                                     _____
                                                       UNITED STATES DISTRICT/MAGISTRATE JUDGE

15
                                                       Dated:   7/28/11
16

17

18

19

20

21

22

23

24

25

26

27

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169
28

-2-

544542.1